## (December 29, 1961)

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN S. ELDARD, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.

612

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.